O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.     CV 07-04758-SGL(AJWx)                                    Date:  January 7, 2009

Title:     LITE ON IT CORP, ET AL. -v- TOSHIBA CORPORATION
=======================================================================
PRESENT:    HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

   Jim Holmes         None Present
   Courtroom Deputy Clerk     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:  ATTORNEYS PRESENT FOR DEFENDANTS:

None present           None present

PROCEEDINGS:     ORDER VACATING COURT'S January 6, 2009, ORDER (docket # 159)

  The Court's Order of January 6, 2009, (docket # 159) is hereby **VACATED** as the Order contains certain errors to be corrected by the Court.

  IT IS SO ORDERED.