**PILLSBURY WINTHROP SHAW PITTMAN LLP**
EVAN FINKEL #100673
evan.finkel@pillsburylaw.com
ROBERT L. WALLAN #126480
robert.wallan@pillsburylaw.com
MARIAH L. BRANDT #224076
mariah.brandt@pillsburylaw.com
725 South Figueroa Street, Suite 2800
Los Angeles, CA  90017-5406
Telephone: (213) 488-7100
Facsimile: (213) 629-1033

Attorneys for Defendant and Counterclaimant
TOSHIBA CORPORATION

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LITE-ON IT CORP, a Taiwanese corporation, and LITE-ON (USA) INTERNATIONAL, INC., a California corporation,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>TOSHIBA CORPORATION, a Japanese corporation,<br><br>　　　　　　Defendant.<br><br>TOSHIBA CORPORATION, a Japanese corporation,<br><br>　　　　　　Counterclaimant,<br><br>　vs.<br><br>LITE-ON IT CORP, a Taiwanese corporation, and LITE-ON OPTO TECHNOLOGY (GUANGZHOU) LTD., a Peoples Republic of China corporation,<br><br>　　　　　　Counterdefendants. | No. CV07-4758 SGL (AJWx)<br><br>**ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br><br>Judge:<br>　Hon. Stephen G. Larson<br><br>Magistrate Judge:<br>　Hon. Andrew J. Wistrich<br><br><br>Pretrial Conf.:　　　　2/09/09<br>Cont'd Pretrial Conf.:　3/02/09<br>Cont'd Trial:　　　　　4/21/09 |

1 | Plaintiffs and Counterdefendants Lite-On IT Corp., Lite-On (USA) International, Inc., and Lite-On Opto Technology (Guangzhou) Ltd. (collectively "Lite-On") and Defendant and Counterclaimant Toshiba Corporation ("Toshiba") (collectively referred to as the "Parties," or singularly referred to as the "Party") have entered into a settlement agreement resolving the above captioned matter ("Settlement Agreement"). Based on that Settlement Agreement, the Parties have stipulated and this Court ORDERS as follows:

1.  The entire action between Lite-On and Toshiba, including any and all claims by Lite-On against Toshiba and any and all counterclaims by Toshiba against Lite-On, shall be and hereby is dismissed with prejudice, each Party to bear its own costs and attorneys' fees.

2.  The Court retains jurisdiction over the aforementioned claims and parties for the purpose of enforcing the terms of the Settlement Agreement.

IT IS SO ORDERED

Dated: April 16, 2009.

_____
Hon. Stephen G. Larson
District Court Judge